IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ELISHA H SPRIGGS, JR,

    Petitioner,

v.                                            CASE NO. 4:05-cv-00054-MP-AK

CHARLIE CRIST,

    Respondent.

_____/

**O R D E R**

This matter is before the Court on Doc. 4, Report and Recommendations it is recommended that the case be transferred to the Southern District of Florida.  Objections to Report and Recommendation were due by April 18, 2005, but none have been filed.  Because the conviction being challenged was from the Southern District of Florida, the case is properly transferred there.  Therefore, the Clerk is directed to transfer the case to the Southern District of Florida.

    **DONE AND ORDERED** this  *22nd*   day of June, 2005

                                       *s/Maurice M. Paul*
                            Maurice M. Paul, Senior District Judge